# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HOUSEHOLD FINANCE CORPORATION III,**

          **Plaintiff,**

-vs-                                        Case No. 6:10-cv-1793-Orl-31KRS

**DANIEL G. CLARKE; THE UNKNOWN SPOUSE OF DANIEL G. CLARKE; JILL D. CLARKE; THE UNKNOWN SPOUSE OF JILL D. CLARKE; UNKNOWN TENANT #1 and UNKNOWN TENANT #2,**

          **Defendants.**

## ORDER

This cause comes before the Court on the Motion for Permission to Appeal *in forma pauperis* (Doc. No. 23), filed April 4, 2011.

On April 6, 2011, the United States Magistrate Judge issued a report (Doc. No. 24) recommending that the Court certify that the appeal is not taken in good faith and that the motion be denied. No objections have been filed. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Motion for Permission to Appeal in forma pauperis is **DENIED**.

3. The Court finds and CERTIFIES that the appeal is not taken in good faith.

4. The Clerk of Court is directed to serve a certified copy of this ruling on the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 25th day of April, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party